ORIGINAL

**FILED**

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0003

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0003

_____

| | |
|---|---|
| IN RE PETITION OF SOPHIE ANNA BROOKS LIVINGSTON TO SUBMIT LATE APPLICATION TO TAKE THE BAR EXAM | O R D E R |

_____

Sophie Anna Brooks Livingston has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in July 2024. Livingston's petition establishes good cause for the request. However, Livingston must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Sophie Anna Brooks Livingston for leave to submit a late application to take the Montana Bar Examination in July 2024 is GRANTED, subject to satisfactory completion of all other exam prerequisites. The application should be submitted to the State Bar of Montana no later than May 3, 2024.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 23rd day of April, 2024.

_____
Chief Justice

_____

_____

_____

FILED

APR 23 2024

Bowe
Clerk o
Stat

_____

_____

_____
    Justices